UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN R. DEMOS,

          Plaintiff,

  v.

ROBERT M. JACKSON, *et al.*,

          Defendants.

Case No. C22-5083-LK-MLP

REPORT AND RECOMMENDATION

**Bar-order litigant John Demos** has filed a proposed civil rights complaint. (Dkt. # 1.) He alleges that he contracted COVID-19 because the defendants failed to strictly enforce COVID-19 protocols. (*Id.* at 5.) He also alleges one defendant, Cheryl Strange, Department of Corrections Secretary, knowingly allowed unvaccinated and COVID-positive staff to give inmates food and medications and perform blood draws. (*Id.* at 6.)

Plaintiff is well-known locally and nationally as an abusive litigant. He is under pre-filing bar orders in a number of courts, including this Court, the Eastern District of Washington, the Washington State courts, the Ninth Circuit Court of Appeals, and the United States Supreme Court. *See, e.g.*, *Demos v. Storrie*, 507 U.S. 290, 291 (1993).

Plaintiff has not paid the filing fee for this action nor has he applied to proceed *in forma pauperis* ("IFP") and, thus, this proposed action is not properly before the Court. Even if Plaintiff had applied to proceed IFP, this action would be subject to dismissal because Plaintiff has not met the requirements of 28 U.S.C. § 1915(g). Under § 1915(g), Plaintiff must demonstrate "imminent danger of serious physical injury" to proceed IFP because he has had more than three prior actions dismissed as frivolous, malicious, or for failure to state a claim. *See Demos v. Lehman*, MC99-113-JLW (W.D. Wash. Aug. 23, 1999). Plaintiff's submission does not contain "a plausible allegation that [he] faced imminent danger of serious physical injury at the time of filing." *Andrews v. Cervantes*, 493 F.3d 1047 (9th Cir. 2007) (internal citations omitted).

Based on the foregoing, this Court recommends that this action be DISMISSED without prejudice. A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **March 18, 2022**.

Dated this 22nd day of February, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2